# Court of Appeals
# of the State of Georgia

ATLANTA,  August 06, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0057. YAW TWUM-BAAH v. THE STATE.**

Yaw Twum-Baah was charged with one count of theft by conversion and filed a motion to dismiss the accusation, which the trial court denied. Twum-Baah filed a notice of appeal, challenging the trial court's order. We, however, lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), direct appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below[.]" A criminal case is not final and ripe for appeal until all of the charges against the defendant have been resolved. See *Keller v. State*, 275 Ga. 680, 680-681 (571 SE2d 806) (2002) (holding that a criminal case remains pending until the court enters a written judgment of conviction and sentence on each count). Twum-Baah's case remains pending as it has yet to go to trial, and thus, he was required to follow the interlocutory appeal procedures outlined in OCGA § 5-6-34 (b). Twum-Baah's failure to do so deprives us of jurisdiction over this appeal. See OCGA § 5-6-34 (b); *Stewart v. State*, 240 Ga. App. 154, 154 (522 SE2d 743) (1999) (order denying a motion to

dismiss an indictment is an interlocutory order).  For this reason, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,___08/06/2025_____

          I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

          Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.